UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Felipe Fernandez,<br><br>                         Plaintiff,<br><br>      -against-<br><br>The Foundry Home Goods, LLC,<br><br>                         Defendant. | 24-CV-10031 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Southern District of New York's Rules for the Division of Business state that "[a] civil case shall be designated for assignment to White Plains if . . . the claim arose in whole or in major part in the Northern Counties and at least one of the parties resides in the Northern Counties." The complaint states that plaintiff "at all relevant times, is and was a resident of Westchester County," which is a Northern County. Dkt. 1 ¶ 13. In addition, the complaint states that "[a] substantial part of the acts or omissions giving rise to [p]laintiff's claims occurred" when, "on several separate occasions, [p]laintiff has been denied the full use and enjoyment of the facilities, goods and services offered to the general public, on [d]efendant's [w]ebsite in Westchester County." *Id.* ¶ 10. Based on the complaint, the claim arose in Westchester County and plaintiff is a resident of Westchester County, which suggests that the case must be assigned to White Plains.

      Plaintiff should, by **January 7, 2025**, either 1) amend the complaint to specify what part of the claim arose out of New York or Bronx Counties such that the case should be assigned to the Manhattan courthouse, or 2) inform the Court via letter that the case should more properly be assigned to White Plains.

      SO ORDERED.

Dated: January 2, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge