UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Felipe Fernandez,<br><br>                          Plaintiff,<br><br>      -against-<br><br>The Foundry Home Goods, LLC,<br><br>                         Defendant. | 24-CV-10031 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

       Plaintiff initiated this action on December 31, 2024. Dkt. 1. On January 2, 2025, the Court issued an Order observing:

> The complaint states that plaintiff "at all relevant times, is and was a resident of Westchester County," which is a Northern County. Dkt. 1 ¶ 13. In addition, the complaint states that "[a] substantial part of the acts or omissions giving rise to [p]laintiff's claims occurred" when, "on several separate occasions, [p]laintiff has been denied the full use and enjoyment of the facilities, goods and services offered to the general public, on [d]efendant's [w]ebsite in Westchester County." Id. ¶ 10. Based on the complaint, the claim arose in Westchester County and plaintiff is a resident of Westchester County, which suggests that the case must be assigned to White Plains. Dkt. 5.

       The same Order directed plaintiff, by January 7, 2025, to either amend the complaint to explain what part of the claim arose from New York or Bronx Counties or inform the Court that the case should be assigned to White Plains. Plaintiff has not done either. For the reasons expressed in the Court's Order at Dkt. 5, and because plaintiff has failed to amend the complaint as directed, the Clerk of Court is respectfully directed to transfer the case to the White Plains courthouse.

       SO ORDERED.

Dated: January 17, 2025
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                United States District Judge